No. 797. AMERICAN COMMERCIAL LINES, INC., ET AL.
v. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL.;
No. 804. AMERICAN TRUCKING ASSOCIATIONS, INC.,
ET AL. v. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL.;
No. 808. AMERICAN WATERWAYS OPERATORS, INC. v.
LOUISVILLE & NASHVILLE RAILROAD CO. ET AL.; and
No. 809. INTERSTATE COMMERCE COMMISSION v.
LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. Appeal
from D. C. W. D. Ky. Probable jurisdiction noted.
Cases are consolidated and two hours allotted for oral
argument.

*T. Randolph Buck, Robert E. Webb, J. Raymond Clark*
and *Harry C. Ames, Jr.,* for appellants in No. 797; *Peter
T. Beardsley, Bryce Rea, Jr.,* and *Thomas M. Knebel* for
appellants in No. 804; *A. Alvis Layne* and *Robert L.
Wright* for appellant in No. 808; and *Robert W. Ginnane,
Fritz R. Kahn* and *Leonard S. Goodman* for appellant
in No. 809.

*Stanfield Johnson, Elbert R. Leigh, James H. Mc-
Glothlin, James A. Bistline, Thormund A. Miller, William
M. Maloney, Harry J. Breithaupt, Donal L. Turkal,
Carl Helmetag, Jr., Joseph E. Stopher* and *R. Lee Black-
well* for appellee railroads.

*Solicitor General Griswold* filed a memorandum for the
United States in all four cases.

Reported below: 268 F. Supp. 71.

No. 813. SHAPIRO, COMMISSIONER OF WELFARE OF
THE STATE OF CONNECTICUT v. THOMPSON. Appeal from
D. C. Conn. Motion of appellee for leave to proceed
*in forma pauperis* granted. Probable jurisdiction noted.
*Harold M. Mulvey,* Attorney General of Connecticut,
and *Francis J. MacGregor,* Assistant Attorney General,
for appellant. *Thomas C. Lynch,* Attorney General,
and *Elizabeth Palmer,* Deputy Attorney General, for the
State of California, as *amicus curiae,* in support of appel-
lant.